UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAINTREE LABORATORIES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CYPRESS PHARMACEUTICAL, INC., )<br>)<br>Defendant. )<br>)<br>)<br>)<br>) | Civil Action No. 12-CV-6851-AJN<br><br>**CERTIFICATE OF SERVICE OF**<br>**SUMMONS AND COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 4(l), I, Christopher R. Noyes, counsel of record for plaintiff Braintree Laboratories, Inc., hereby declare under penalty of perjury that the following information is true:

1. On September 11, 2012, true and correct copies of the Summons and Complaint in the above-referenced matter were served by electronic mail on defendant Cypress Pharmaceutical, Inc., through its designated agent authorized to accept service of process, Attorney Steven Lieberman, Rothwell, Figg, Ernst & Manbeck. P.C., 607 14th Street, N.W.; Suite 800, Washington, DC 20005.

2. On September 19, 2011, Attorney Lieberman agreed to accept service of the Complaint on behalf of defendant Cypress Pharmaceutical, Inc.

3. On September 19, 2011, defendant Cypress Pharmaceutical, Inc. requested a 30-day extension of time to move, answer or otherwise plead with respect to the Complaint. Plaintiff Braintree Laboratories, Inc. agreed to the requested extension up to and including November 5, 2012.

Dated: September 24, 2012

/s/ Christopher R. Noyes
Christopher R. Noyes