AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| BRAINTREE LABORATORIES, INC., | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 12-CV-6851-AJN |
| CYPRESS PHARMACEUTICAL, INC., | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cypress Pharmaceutical, Inc.

Date: 10/3/12

*Attorney's signature*

Steven Lieberman    SL8687
*Printed name and bar number*

Rothwell, Figg, Ernst & Manbeck, P.C.
607 14th St., N.W., Suite 800
Washington, DC 20005

*Address*

slieberman@rfem.com
*E-mail address*

(202) 783-6040
*Telephone number*

(202) 783-6031
*FAX number*