# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BRAINTREE LABORATORIES, INC., <br> *Plaintiff* <br> v. <br> CYPRESS PHARMACEUTICAL, INC., <br> *Defendant* | ) <br> ) <br> ) Case No.   12-CV-6851-AJN <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cypress Pharmaceutical, Inc.

Date: 10/3/12

_____
*Attorney's signature*

Glenn E. Karta        GK4727
*Printed name and bar number*

Rothwell, Figg, Ernst & Manbeck, P.C.
607 14th St., N.W., Suite 800
Washington, DC 20005

*Address*

gkarta@rfem.com
*E-mail address*

(202) 783-6040
*Telephone number*

(202) 783-6031
*FAX number*