

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

607 14ᵀᴴ Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com
info@rfem.com

G. Franklin Rothwell (1928-2011)

| | |
|---|---|
| E. Anthony Figg | R. Elizabeth Brenner-Leifer |
| Harry F. Manbeck, Jr. | Nancy J. Linck, Ph.D. |
| George R. Repper | R. Danny Huntington |
| Steven Lieberman | Sharon E. Crane, Ph.D. |
| Joseph A. Hynds | Lisa N. Phillips |
| Martin M. Zoltick | Steven P. Weihrouch* |
| Richard Wydeven | Monica Chin Kitts |
| Sharon L. Davis | Jenny L. Colgate |
| Robert B. Murray | Matthew D. Stephens |
| Jeffrey L. Ihnen | Michael V. Battaglia |
| Glenn E. Karta | James K. Chang |
| Martha Cassidy, Ph.D. | Seth E. Cockrum, Ph.D. |
| Brian S. Rosenbloom | Derek F. Dahlgren |
| Jason M. Shapiro | Michael H. Jones* |
| Brian A. Tollefson | Rachel M. Echols |
| C. Nichole Gifford | Brett A. Postal* |
| Patrick T. Skacel | Neil B. McLaughlin, Ph.D.* |
| Joo Mee Kim | Krista Contino Krahn* |

*Not a member of the D.C.
Bar. Practice limited to patent,
trademark and copyright
matters and cases in federal
courts.

Of Counsel
William N. Hughet
Leo M. Loughlin

October 3, 2012

Honorable Alison J. Nathan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

Re:   *Braintree Laboratories, Inc. v. Cypress Pharmaceutical, Inc.*
      Case No.: 12-cv-6851-AJN

Dear Judge Nathan:

    We write to you on behalf of Defendant Cypress Pharmaceutical, Inc. ("Cypress") to request a thirty (30) day extension of time for Cypress to answer, move or otherwise plead in the above-captioned matter. The proposed new due date is <u>November 5, 2012</u>.

*So Ordered*

    Pursuant to Rule 1.E of your Individual Practices, Cypress provides the following information:

    (1) the original due date: **October 5, 2012**
    (2) the number of previous requests for adjournment or extension: **None**
    (3) whether these previous requests were granted or denied: **N/A**
    (4) whether the adversary consents: **Yes**

Respectfully submitted

Steven Lieberman

cc:   All counsel of record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 09 2012

ROTHWELL, FIGG, ERNST & MANBECK, P.C.

Honorable Alison J. Nathan
October 3, 2012
Page 2

**SO ORDERED:**

Dated:  October ⎣__, 2012

_____

Honorable Alison J. Nathan
Judge, United States District Court
  for the Southern District of New York

2062834_1