# MEMO ENDORSED



ROTHWELL, FIGG, ERNST & MANBECK, P.C.

607 14TH Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com
info@rfem.com

G. Frank Rothwell (1928-2011)
E. Anthony Figg          R. Elizabeth Brenner-Leifer
Harry F. Manbeck, Jr.    Nancy J. Linck, Ph.D.
George R. Repper         R. Danny Huntington
Steven Lieberman         Sharon E. Crane, Ph.D.
Joseph A. Hynds          Lisa N. Phillips
Martin M. Zoltick        Steven P. Weihrouch*
Richard Wydeven          Monica Chin Kitts
Sharon L. Davis          Jenny L. Colgate
Robert B. Murray         Matthew D. Stephens
Jeffrey L. Ihnen         Michael V. Battaglia
Glenn E. Karta           James K. Chang
Martha Cassidy, Ph.D.    Seth E. Cockrum, Ph.D.
Brian S. Rosenbloom      Derek F. Dahlgren
Jason M. Shapiro         Michael H. Jones*
Brian A. Tollefson       Rachel M. Echols
C. Nichole Gifford       Brett A. Postal*
Patrick T. Skacel        Neil B. McLaughlin, Ph.D.*
Joo Mee Kim              Krista Contino Krahn*

*Not a member of the D.C.
Bar. Practice limited to patent,    Of Counsel
trademark and copyright             William N. Hughet
matters and cases in federal        Leo M. Loughlin
courts.

October 31, 2012

Honorable Alison J. Nathan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

      Re:   *Braintree Laboratories, Inc. v. Cypress Pharmaceutical, Inc.*
            Case No.: 12-cv-6851-AJN

Dear Judge Nathan:

      I write to you on behalf of Defendant Cypress Pharmaceutical, Inc. ("Cypress") to request a second thirty (30) day extension of time for Cypress to answer, move or otherwise plead in the above-captioned matter. The parties jointly seek the extension as they are actively working towards settlement of the matter. The proposed new due date is December 5, 2012. *SO ORDERED.*

      Pursuant to Rule 1.E of your Individual Practices, Cypress provides the following information:

      (1) the original due date: **October 5, 2012**
      (2) the number of previous requests for adjournment or extension: **One**
      (3) whether these previous requests were granted or denied: **The previous request to extend the due date to November 5, 2012 was granted on October 9, 2012.**
      (4) whether the adversary consents: **Yes**

                                    Respectfully submitted,

                                      Steven Lieberman

cc:   All counsel of record

SO ORDERED: 11/4/12

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Case 1:12-cv-06851-AJN Document 14 Filed 11/06/12 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 6 2012

ROTHWELL, FIGG, ERNST & MANBECK, P.C.

Honorable Alison J. Nathan<br>
October 31, 2012<br>
Page 2

**SO ORDERED:**

Dated: _____, 2012

_____
Honorable Alison J. Nathan
Judge, United States District Court
 for the Southern District of New York