

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

607 14TH Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com
info@rfem.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 7 2012
```

E. Anthony Figg                R. Elizabeth ~~Brenner~~
Harry F. Manbeck, Jr.          Nancy J. Linck, Ph.D.
George R. Repper               R. Danny Huntington
Steven Lieberman               Sharon E. Crane, Ph.D.
Joseph A. Hynds                Lisa N. Phillips
Martin M. Zoltick              Steven P. Weihrouch*
Richard Wydeven                Monica Chin Kitts
Sharon L. Davis                Jenny L. Colgate
Robert B. Murray               Matthew D. Stephens
Jeffrey L. Ihnen               Michael V. Battaglia
Glenn E. Karta                 James K. Chang
Martha Cassidy, Ph.D.          Seth E. Cockrum, Ph.D.
Brian S. Rosenbloom            Derek F. Dahlgren
Jason M. Shapiro               Michael H. Jones*
Brian A. Tollefson             Rachel M. Echols
C. Nichole Gifford             Brett A. Postal*
Patrick T. Skacel              Neil B. McLaughlin, Ph.D.*
Joo Mee Kim                    Krista Contino Krahn*

*Not a member of the D.C.
 Bar. Practice limited to patent,   Of Counsel
 trademark and copyright            William N. Hughet
 matters and cases in federal       Leo M. Loughlin
 courts.

October 31, 2012

Honorable Alison J. Nathan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

    Re:    *Braintree Laboratories, Inc. v. Cypress Pharmaceutical, Inc.*
            Case No.: 12-cv-6851-AJN

Dear Judge Nathan:

    I write to you on behalf of Defendant Cypress Pharmaceutical, Inc. ("Cypress") to request adjournment and rescheduling of the Initial Pretrial Conference presently scheduled for November 19, 2012 at 3:00 PM. We are making this request because I am Cypress' lead counsel and have a long-standing commitment to be in California that day.

    Pursuant to Rule 1.E of your Individual Practices, Cypress provides the following information:

(1) the original hearing date and time: **November 19, 2012 at 3:00 PM**
(2) the number of previous requests for adjournment or extension: **None**
(3) whether these previous requests were granted or denied: **N/A**
(4) whether the adversary consents: **Yes**
(5) three alternative conference dates: **December 14, 2012; December 21, 2012; and January 4, 2013.** The parties respectfully request that any conference on Fridays be scheduled in the morning.

SO ORDERED: 11/6/12

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/Steven Lieberman

cc:    All counsel of record

CONFERENCE ADJOURNED TO 12/21/12 AT 11:00 AM.

ROTHWELL, FIGG, ERNST & MANBECK, P.C.

Honorable Alison J. Nathan<br>October 31, 2012<br>Page 2

**SO ORDERED:**

Dated: _____, 2012

_____
Honorable Alison J. Nathan
Judge, United States District Court
   for the Southern District of New York