**MEMO ENDORSED**



**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

607 14TH Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com
info@rfem.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 0 3 2012
```

O. Franklin Rothwell (1928-2011)
E. Anthony Figg
Harry F. Manbeck, Jr.                    Nancy J. Linck, Ph.D.
George R. Repper                         R. Danny Huntington
Steven Lieberman                         Sharon E. Crane, Ph.D.
Joseph A. Hynds                          Lisa N. Phillips
Martin M. Zoltick                        Steven P. Weihrouch*
Richard Wydeven                          Monica Chin Kitts
Sharon L. Davis                          Jenny L. Colgate
Robert B. Murray                         Matthew D. Stephens
Jeffrey L. Ihnen                         Michael V. Battaglia
Glenn E. Karta                           James K. Chang
Martha Cassidy, Ph.D.                    Seth E. Cockrum, Ph.D.
Brian S. Rosenbloom                      Derek F. Dahlgren
Jason M. Shapiro                         Michael H. Jones*
Brian A. Tollefson                       Rachel M. Echols
C. Nichole Gifford                       Brett A. Postal*
Patrick T. Skacel                        Neil B. McLaughlin, Ph.D.*
Joo Mee Kim                              Krista Contino Krahn*

*Not a member of the D.C.
 Bar. Practice limited to patent,   Of Counsel
 trademark and copyright            William N. Hughet
 matters and cases in federal       Leo M. Loughlin
 courts.

November 29, 2012

Honorable Alison J. Nathan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

      Re:   *Braintree Laboratories, Inc. v. Cypress Pharmaceutical, Inc.*
             Case No.: 12-cv-6851-AJN

Dear Judge Nathan:

      I write to you on behalf of Defendant Cypress Pharmaceutical, Inc. ("Cypress") to request a third thirty (30) day extension of time for Cypress to answer, move or otherwise plead in the above-captioned matter. The parties jointly seek the extension as they are continuing to work towards settlement of the matter. The proposed new due date is January 4, 2013.   **SO ORDERED**

      Pursuant to Rule 1.E of your Individual Practices, Cypress provides the following information:

    (1) the original due date: **October 5, 2012**
    (2) the number of previous requests for adjournment or extension: **Two**
    (3) whether these previous requests were granted or denied: **The first request to extend the due date to November 5, 2012 was granted on October 9, 2012. The second request to extend the due date to December 5, 2012 was granted on November 6, 2012.**
    (4) whether the adversary consents: **Yes**

**NO FURTHER EXTENSIONS.**

Respectfully submitted,

Glenn E. Karta

cc: All counsel of record

SO ORDERED: 12/3/12

/s/ Alison J. Nathan
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE