

## MEMO ENDORSED

ROTHWELL, FIGG, ERNST & MANBECK, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 19 2012

607 14TH Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com
info@rfem.com

E. Anthony Figg                    R. Elizabeth Brenner-Leifer
Harry F. Manbeck, Jr.             Nancy J. Linck, Ph.D.
George R. Repper                  R. Danny Huntington
Steven Lieberman                  Sharon E. Crane, Ph.D.
Joseph A. Hynds                   Lisa N. Phillips
Martin M. Zoltick                 Steven P. Weihrouch*
Richard Wydeven                   Monica Chin Kitts
Sharon L. Davis                   Jenny L. Colgate
Robert B. Murray                  Matthew D. Stephens
Jeffrey L. Ihnen                  Michael V. Battaglia
Glenn E. Karta                    James K. Chang
Martha Cassidy, Ph.D.             Seth E. Cockrum, Ph.D.
Brian S. Rosenbloom               Derek F. Dahlgren
Jason M. Shapiro                  Michael H. Jones
Brian A. Tollefson                Rachel M. Echols
C. Nichole Gifford                Brett A. Postal
Patrick T. Skacel                 Neil B. McLaughlin, Ph.D.*
Joo Mee Kim                       Krista Contino Krahn*

*Not a member of the D.C.
Bar. Practice limited to patent,   Of Counsel
trademark and copyright            William N. Hughet
matters and cases in federal       Leo M. Loughlin
courts.

December 12, 2012

Honorable Alison J. Nathan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

> Re:   *Braintree Laboratories, Inc. v. Cypress Pharmaceutical, Inc.*
>       Case No.: 12-cv-6851-AJN

Dear Judge Nathan:

We write to you on behalf of both Plaintiff Braintree Laboratories, Inc. ("Braintree") and Defendant Cypress Pharmaceutical, Inc. ("Cypress") to request adjournment and rescheduling of the Initial Pretrial Conference presently scheduled for December 21, 2012 at 11:00 AM. We are making this request because the parties are involved in active settlement negotiations which may result in resolution of the litigation. Thus, the parties believe that a one month adjournment of the Initial Pretrial Conference would allow for those talks to continue, as well as preserve the Court's time.

Pursuant to Rule 1.E of your Individual Practices, the parties provide the following information:

(1) the original hearing date and time: **November 19, 2012 at 3:00 PM**
(2) the number of previous requests for adjournment or extension: **One**
(3) whether these previous requests were granted or denied: The previous adjournment was requested on **October 31, 2012** and was granted on **November 6, 2012**, resetting the Initial Pretrial Conference for **December 21, 2012 at 11:00 AM**.
(4) whether the adversary consents: **Yes**
(5) three alternative conference dates: **January 18, 2013 and January 25, 2013.** Due to scheduling issues on the remaining Fridays in January, the parties propose two alternative dates in January 2013 for rescheduling of the Initial Pretrial Conference. The parties respectfully request that any conference on Fridays be scheduled in the morning.

ROTHWELL, FIGG, ERNST & MANBECK, P.C.

Honorable Alison J. Nathan
December 12, 2012
Page 2

Respectfully submitted,

*Steven Lieberman / LNP*

Steven Lieberman

cc:     All counsel of record

**SO ORDERED:**

Dated: ___Dec 19___, 2012

_____
Honorable Alison J. Nathan
Judge, United States District Court
  for the Southern District of New York

CoNFERENCE
ADJOURNED   TO
1/18/13   AT   9:45 AM