UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAINTREE LABORATORIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 12-cv-6851-AJN |
| v. ) | ECF Case |
| ) | |
| CYPRESS PHARMACEUTICAL, INC., ) | **RULE 7.1 DISCLOSURE STATEMENT** |
| ) | **OF DEFENDANT CYPRESS** |
| Defendant. ) | **PHARMACEUTICAL, INC.** |

Defendant, Cypress Pharmaceutical, Inc. ("Cypress"), pursuant to Fed. R. Civ. P. 7.1(a), hereby states that it is a wholly-owned subsidiary of Pernix Therapeutics Holdings, Inc., which is a publicly held corporation.


Dated:  January 4, 2013        */s/ Steven Lieberman*
                               Steven Lieberman
                               Glenn E. Karta
                               ROTHWELL, FIGG, ERNST & MANBECK, P.C.
                               607 14th Street, N.W., Suite 800
                               Washington, D.C. 20005
                               Telephone: (202) 783-6040
                               Facsimile: (202) 783-6031
                               slieberman@rfem.com
                               gkarta@rfem.com

                               *Attorneys for Defendant*
                               *Cypress Pharmaceutical, Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2013, a true and correct copy of the foregoing **RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT CYPRESS PHARMACEUTICAL, INC.** was filed through the Court's Electronic Filing System (ECF), and was served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Erik van Leeuwen*
Erik van Leeuwen
Litigation Operations Manager
Rothwell, Figg, Ernst & Manbeck, P.C.