USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 1 8 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BRAINTREE LABORATORIES, INC.,
                Plaintiff,

-v-

CYPRESS PHARMACEUTICAL, INC.,
                Defendant.

------------------------------------------------------------------X

12 Civ. 6851 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As discussed in the initial pretrial conference on January 18, 2013, it is ORDERED that if any party anticipates wanting to file a motion for summary judgment in the above-captioned case prior to the close of discovery, that party will submit to the Court a letter not longer than three (3) pages in length explaining why it is appropriate to file such a motion at that time. Any letter in opposition will be due to the Court two (2) weeks from the filing of the original letter and, likewise, may not be longer than three (3) pages in length.

    It is additionally ORDERED that the parties are to submit a status letter to the Court on February 28, 2013.

    SO ORDERED:

Dated: January 18, 2013
       New York, New York

_____
ALISON J. NATHAN
United States District Judge