

ROTHWELL, FIGG, ERNST & MANBECK, P.C.

607 14TH Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com
info@rfem.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 30 2013

Harry F. Manbeck, Jr.
George R. Repper
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
Richard Wydeven
Sharon L. Davis
Robert B. Murray
Jeffrey L. Ihnen
Martha Cassidy, Ph.D.
Brian S. Rosenbloom
Jason M. Shapiro
Brian A. Tollefson
C. Nichole Gifford
Joo Mee Kim
R. Elizabeth Brenner-Leifer
Nancy J. Linck, Ph.D.

Sharon E. Crane, Ph.D.
Lisa N. Phillips
Steven P. Weihrouch
Robert P. Parker
Monica Chin Kitts
Jenny L. Colgate
Matthew D. Stephens
Michael V. Battaglia
Seth E. Cockrum, Ph.D.
Derek F. Dahlgren
Michael H. Jones
Rachel M. Echols
Brett A. Postal
Erik K. Sivertson*
Chen Li*
Jeffrey R. Fougere
Jennifer P. Nock
Jennifer B. Maisel*

*Not a member of the D.C.
Bar. Practice limited to patent,
trademark and copyright
matters and cases in federal
courts.

Of Counsel
William N. Hughet
Leo M. Loughlin

May 30, 2013

Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 906
New York, New York 10007

      Re:    *Braintree Laboratories, Inc. v. Cypress Pharmaceutical, Inc.*
             Case No.: 12-cv-6851-AJN

Dear Judge Nathan:

      I write to you on behalf of Defendant Cypress Pharmaceutical, Inc. ("Cypress") to request adjournment and rescheduling of the conference set by Order (Doc. No. 34) for June 12, 2013 at 1:00PM. We are making this request because I am Cypress' lead counsel and I have to be in Texas for a court-ordered multi-party mediation early the next morning.

      Pursuant to Rule 1.E of your Individual Practices, Cypress provides the following information:

      (1) the original hearing date and time: **June 12, 2013 at 1:00 p.m.**
      (2) the number of previous requests for adjournment or extension: **None**
      (3) whether these previous requests were granted or denied: **N/A**
      (4) whether the adversary consents: **Yes**
      (5) three alternative conference dates: **June 10, 2013 anytime between 11:00 a.m. and 2:00 p.m. or June 12, 2013 at 11:00 a.m.**

                                  Respectfully submitted,

                                    Steven Lieberman

cc:    All counsel of record

ROTHWELL, FIGG, ERNST & MANBECK, P.C.

Honorable Alison J. Nathan<br>
May 30, 2013<br>
Page 2

**SO ORDERED:**

Dated: May 30, 2013

_____
Honorable Alison J. Nathan
Judge, United States District Court
for the Southern District of New York

> The conference currently scheduled for June 12, 2013, at 1:00PM is hereby adjourned and rescheduled for June 10, 2013, at 1:00PM. SO ORDERED.