# WILMERHALE

June 21, 2013

SDC SDNY
OCUMENT
LECTRONICALLY FILED
DC #: _____
TE FILED: JUN 2 4 2013

John J. Regan

+1 617 526 6120 (t)
+1 617 526 5000 (f)
john.regan@wilmerhale.com

Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 906
New York, New York 10007

Re: *Braintree Laboratories, Inc. v. Cypress Pharmaceutical, Inc.*, Case No.: 12-cv-6851-AJN

Dear Judge Nathan:

I write on behalf of plaintiff Braintree Laboratories, Inc. and defendant Cypress Pharmaceutical, Inc. in the above-referenced matter, to make a further joint report as directed by the Court.

The parties have conferred several times this week, exchanged drafts of a procedural and factual stipulation, and are working with their clients to obtain approval of an agreed-upon approach to an early summary judgment proceeding without the need for further discovery.

The parties have made considerable progress. However, to allow additional time for negotiating and drafting such a stipulation, and to obtain the necessary client approvals, the parties request the Court's permission to submit a report on the status of a possible agreement or a stipulation by next Wednesday, June 26, 2013.

Respectfully submitted,

John J. Regan

Cc: All Counsel of Record

> The parties' proposal is granted and SO ORDERRED. The parties are once again reminded, however, that their discussions are to take place concurrent with their discovery obligations under the January 18, 2013, case management plan.
> SO ORDERED.

SO ORDERED: 6/24/13

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE