USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 01 2013



ROTHWELL, FIGG, ERNST & MANBECK, P.C.

G. Franklin Rothwell (1928-2011)

607 14TH Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com
info@rfem.com

E. Anthony Figg
Harry F. Manbeck, Jr.
George R. Repper
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
Richard Wydeven
Sharon L. Davis
Robert B. Murray
Jeffrey L. Ihnen
Martha Cassidy, Ph.D.
Brian S. Rosenbloom
Jason M. Shapiro
Brian A. Tollefson
C. Nichole Gifford
Joo Mee Kim
R. Elizabeth Brenner-Leifer
Nancy J. Linck, Ph.D.

R. Danny Huntington
Sharon E. Crane, Ph.D.
Lisa N. Phillips
Steven P. Weihrouch
Robert P. Parker
Monica Chin Kitts
Jenny L. Colgate
Matthew D. Stephens
Michael V. Battaglia
Seth E. Cockrum, Ph.D.
Derek F. Dahlgren
Michael H. Jones
Rachel M. Echols
Brett A. Postal
Erik K. Sivertson*
Chen Li*
Jeffrey R. Fougere
Jennifer P. Nock
Jennifer B. Maisel*

*Not a member of the D.C.
  Bar. Practice limited to patent,
  trademark and copyright
  matters and cases in federal
  courts.

Of Counsel
William N. Hughet
Leo M. Loughlin

June 26, 2013

Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 906
New York, New York 10007

Re: *Braintree Laboratories, Inc. v. Cypress Pharmaceutical, Inc.*
    Case No.: 12-cv-6851-AJN

Dear Judge Nathan:

I write on behalf of Defendant Cypress Pharmaceutical, Inc. ("Cypress") and Plaintiff Braintree Laboratories, Inc. ("Braintree") to report that, pursuant to the Court's direction, the parties have reached an agreed-upon procedural stipulation, a copy of which is attached.

The parties have agreed that Cypress will file its early summary judgment motion on July 15, 2013, in accordance with the schedule set forth in Paragraph 1 of the attached stipulation. Additionally, the parties have agreed to certain stipulated facts which obviate the need for further discovery in this matter. These stipulated facts will be filed in conjunction with Cypress' motion. Therefore, the parties have agreed to withdraw all pending discovery requests, and have agreed not to conduct any additional discovery in this matter.

The parties respectfully request that the Court so order the attached procedural stipulation.

Respectfully submitted,

/s/ Steven Lieberman / LNP

Steven Lieberman

cc: All counsel of record