

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

607 14th Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone (202) 783-6040
Facsimile  (202) 783-6031
www.rfem.com
info@rfem.com

| | |
|---|---|
| E. Anthony Figg | G. Franklin Rothwell |
| Harry G. Manbeck, Jr. | (1928-2011) |
| George R. Repper | |
| Steven Lieberman | R. Elizabeth Brenner-Leifer |
| Joseph A. Hynds | Nancy J. Linck, Ph.D. |
| Martin M. Zoltick | R. Danny Huntington |
| Richard Wydeven | Sharon E. Crane, Ph.D. |
| Sharon L. Davis | Lisa N. Phillips |
| Robert B. Murray | Steven P. Weihrouch* |
| Jeffrey L. Ihnen | Monica Chin Kitts |
| Glenn E. Karta | Jenny L. Colgate |
| Martha Cassidy, Ph.D. | Matthew D. Stephens |
| Brian S. Rosenbloom | Michael V. Battaglia |
| Jason M. Shapiro | James K. Chang |
| Brian A. Tollefson | Seth E. Cockrum, Ph.D. |
| C. Nichole Gifford | Derek F. Dahlgren |
| Patrick T. Skacel | Michael H. Jones |
| Joo Mee Kim | Rachel M. Echols |
| | Brett A. Postal |
| | Neil B. McLaughlin, Ph.D.* |
| | Krista Contino Krahn* |

*Not admitted in D.C.
Bar. Practice limited to patent,
trademark and copyright matters
and cases in federal courts.

Of Counsel
William N. Hughet
Leo M. Loughlin

July 15, 2013

Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 906
New York, New York 10007

    Re:   *Braintree Laboratories, Inc. v. Cypress Pharmaceutical, Inc.*
            Case No.: 12-cv-6851-AJN

Dear Judge Nathan:

    I represent Defendant Cypress Pharmaceutical, Inc. ("Cypress") in this action. As set forth in the parties' procedural stipulation and the Order of this Court dated July 1, 2013 (D.I. 41), Cypress' Motion for Summary Judgment of Noninfringement was filed today. In accordance with Your Honor's Individual Rule 3.E., we respectfully request oral argument on the motion.

    We appreciate the Court's consideration of this request.

                                    Respectfully submitted,

                                    Steven Lieberman / LNP

cc:    All counsel of record