UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRAINTREE LABORATORIES, INC., ) ) ) Plaintiff, ) ) v. ) ) CYPRESS PHARMACEUTICAL, INC., ) ) Defendant. ) ) ) | Civil Action No. 12-cv-6851-AJN ECF Case |

**PLAINTIFF BRAINTREE LABORATORIES, INC.'S RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF BRAINTREE LABORATORIES, INC.'S OPPOSITION TO CYPRESS'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**

**SEALING OF PORTIONS OF THIS DOCUMENT HAS BEEN REQUESTED BY LETTER TO JUDGE NATHAN DATED AUGUST 2, 2013**