Nathan, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 16 2013

BRAINTREE LABORATORIES, INC.,

    Plaintiff,

v.

CYPRESS PHARMACEUTICAL, INC.,

    Defendant.

Civil Action No. 12-cv-6851-AJN
ECF Case

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE A PARTY

**WHEREAS**, defendant Cypress Pharmaceutical, Inc. ("Cypress") and Breckenridge Pharmaceutical, Inc. ("Breckenridge") having moved the Court for an Order substituting Breckenridge for Cypress and deeming Breckenridge bound by the procedural and factual stipulations entered by Cypress in this action (D.I. 41 and D.I. 51-11); and

**WHEREAS**, the Court having considered the unopposed Motion, and good cause having been found for the relief sought in the Motion;

**IT IS HEREBY ORDERED:**

1. Breckenridge Pharmaceutical, Inc. is hereby substituted for defendant Cypress Pharmaceutical, Inc. in the above-captioned case;

2. Breckenridge Pharmaceutical, Inc. shall be bound by the procedural and factual stipulations entered by Cypress in this action (D.I. 41 and D.I. 51-11);

3. Defendant Breckenridge Pharmaceutical, Inc. is added to the case caption, replacing Cypress; and

4. The amended caption shall be as follows:

BRAINTREE LABORATORIES, INC., )
        Plaintiff, )
  v. )   Civil Action No. 12-cv-6851-AJN
      )   ECF Case
BRECKENRIDGE PHARMACEUTICAL, INC., )
        Defendant. )

Signed this 16th day of Oct 2013.

_____
Honorable Alison J. Nathan
United States District Judge

This resolves Dkt. No. 61.

2