UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

BRAINTREE LABORATORIES, INC.,
               Plaintiff,

-v-

CYPRESS PHARMACEUTICAL, INC.,
               Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 09 2014

12 Civ. 6851 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has noted that the Federal Circuit has calendared oral argument in *Braintree Laboratories, Inc. v. Novel Laboratories*, Inc., No. 13-1348, a decision that will at least inform the Court's decision in this case and may be dispositive, for February 2, 2014. Having reviewed the parties' summary judgment papers, and in the interest of conserving resources and finality, the Court proposes that the pending summary judgment motion be administratively denied without prejudice to refile this motion, with supplemental briefing, after the Federal Circuit decides *Braintree Laboratories v. Novel Laboratories*.

    The Court directs that, no later than January 16, 2014, the parties shall submit a joint letter, no longer than three pages, stating whether they consent to this proposal or, if not, their respective positions as to the appropriate schedule going forward.

SO ORDERED.

Dated: January \_\_9\_\_, 2014
          New York, New York

                                                  ALISON J. NATHAN
                                                  United States District Judge