

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

607 14th Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone (202) 783-6040
Facsimile  (202) 783-6031
www.rfem.com
info@rfem.com

April 25, 2014

G. Franklin Rothwell
(1928-2011)

| | |
|---|---|
| E. Anthony Figg | Lisa N. Phillips |
| Harry F. Manbeck, Jr. | Steven P. Weihrouch |
| George R. Repper | Robert P. Parker |
| Steven Lieberman | Jenny L. Colgate |
| Joseph A. Hynds | Leo M. Loughlin |
| Martin M. Zoltick | Monica Chin Kitts |
| R. Danny Huntington | Matthew D. Stephens |
| Richard Wydeven | Michael V. Battaglia |
| Sharon L. Davis | Seth E. Cockrum, Ph.D. |
| Robert B. Murray | Michael H. Jones |
| Jeffrey L. Ihnen | Rachel M. Echols |
| Martha Cassidy, Ph.D. | Brett A. Postal |
| Brian S. Rosenbloom | Erik K. Sivertson* |
| Jason M. Shapiro | Chen Li |
| Brian A. Tollefson | Jeffrey R. Fougere |
| C. Nichole Gifford | Jennifer P. Nock |
| Joo Mee Kim | Jennifer B. Maisel* |
| R. Elizabeth Brenner-Leifer | Soumya P. Panda* |
| Nancy J. Linck, Ph.D. | Jason M. Nolan, Ph.D.* |
| Sharon E. Crane, Ph.D. | Aydin H. Harston, Ph.D.* |
| | Joanna M. Grigas* |

*Not a member of the D.C.
Bar. Practice limited to patent,
trademark and copyright matters
and cases in federal courts.

Of Counsel
William N. Hughet

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 2 9 2014

Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 906
New York, New York 10007

Re:   *Braintree Laboratories, Inc. v. Breckenridge Pharmaceutical, Inc.*
      Case No.: 12-cv-6851-AJN

Dear Judge Nathan:

We represent Defendant Breckenridge Pharmaceutical, Inc. ("Breckenridge"), the successor in interest of Cypress Pharmaceutical, Inc., in the above-referenced action. (*See* D.I. 62.)  We submit this joint letter on behalf of Plaintiff Braintree Laboratories, Inc. ("Braintree") and Breckenridge to request a two (2) business day extension of time for the parties to "submit a letter indicating whether further action in this matter is warranted" pursuant to this Court's January 17, 2014 order (D.I. 65), in view of the April 22, 2014 decision of the United States Court of Appeals for the Federal Circuit in *Braintree Laboratories, Inc. v. Novel Laboratories, Inc.*, No. 13-1348 (the "Novel Case").  The proposed new due date is <u>April 29, 2014</u>.   **] SO ORDERED**

We understand that Rule 1.D of your Individual Practices requires that "requests for adjournment or extension of time must be made at least 48 hours prior to the scheduled deadline."  However, given that the Order set a three day time period for the submission of the letter, the parties did not realize they would require an extension until the 48 hour time period had passed.

Pursuant to Rule 1.D of your Individual Practices, Breckenridge provides the following information:

(1) the original due date: **April 25, 2014**
(2) the number of previous requests for adjournment or extension: **None**
(3) whether these previous requests were granted or denied:  **N/A**
(4) whether the adversary consents:  **Yes**

SO ORDERED:   4/29/14

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

ROTHWELL, FIGG, ERNST & MANBECK, P.C.

Honorable Alison J. Nathan
April 25, 2014
Page 2

Respectfully submitted,

Steven Lieberman

cc:     All counsel of record