# WILMERHALE

August 13, 2014

**VIA ECF**

John J. Regan

+1 617 526 6120 (t)
+1 617 526 5000 (f)
john.regan@wilmerhale.com

Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 906
New York, NY 10007

Re: *Braintree Laboratories, Inc. v. Breckenridge Pharmaceutical, Inc.*, Case No.: 1:12-cv-06851-AJN

Dear Judge Nathan:

This firm represents plaintiff Braintree Laboratories, Inc. ("Braintree") in the above-referenced action. Pursuant to this Court's April 30, 2014 Order (Dkt. No. 69), I respectfully submit this joint letter on behalf of Braintree and defendant Breckenridge Pharmaceutical, Inc. ("Breckenridge) to notify this Court of the further action which has occurred in *Braintree Laboratories, Inc. v. Novel Laboratories, Inc.*, Appeal No. 2013-1438 ("the Novel matter") since the parties' April 29, 2014 joint letter to this Court (Dkt. No. 68).

On May 22, 2014, each party to the Novel matter filed a Petition for Rehearing with the United States Court of Appeals for the Federal Circuit. On August 1, 2014, the Federal Circuit denied both of those petitions. On August 11, 2014, the Federal Circuit issued its mandate, which remanded the Novel matter to the United States District Court for the District of New Jersey for further factual findings on the issue of infringement.

Pursuant to this Court's April 30, 2014 Order, the parties will notify this Court of any further action in the Novel matter, or submit a status letter to this Court on October 30, 2014 if no further action occurs in the Novel matter between now and October 30, 2014. The parties jointly request that the administrative hold ordered by this Court on April 30, 2014 remain in place.

Respectfully submitted,

*/s/ John J. Regan*
John J. Regan

Cc: All Counsel of Record