UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 19 2015

Braintree Laboratories, Inc.,

    Plaintiff,

—v—

Breckenridge Pharmaceutical, Inc.,

    Defendant.

12-CV-6851 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On June 16, 2015, the Court received from Defendant Breckenridge Pharmaceuticals, Inc., via email and pursuant to Rules 1.B. and 4.A. of the undersigned's Individual Practices in Civil Cases, a request to seal one paragraph of the Declaration of JoAnna L. Walsh, which is to be Exhibit C of Defendant's June 16, 2015 letter that was docketed via ECF, Dkt. No. 75.

    For the reasons stated in Defendant's letter, the Court provisionally grants Defendant's redaction request. However, the parties should be aware that the Court may revisit its decision to approve this redaction request following resolution of the anticipated motion for summary judgment or upon request.

    Defendant shall promptly file via ECF a redacted version of the Walsh Declaration. The Court will file an unredacted version of the Walsh Declaration under seal; the Court will also file under seal Defendant's June 16, 2015 letter submitted via email requesting the redaction.

    SO ORDERED.

Dated: June ⎵⎵ 2015
       New York, New York

                                  ALISON J. NATHAN
                                United States District Judge