

607 14th Street, N.W.
Suite 800
Washington, DC 20005

Telephone (202) 783-6040
Facsimile  (202) 783-6031
www.rfem.com
info@rfem.com

E. Anthony Figg
Harry F. Manbeck, Jr.
George R. Repper
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Richard Wydeven
Sharon L. Davis
Robert B. Murray
Jeffrey L. Ihnen
Brian S. Rosenbloom
Jason M. Shapiro
Brian A. Tollefson
C. Nichole Gifford
R. Elizabeth Brenner-Leifer
Nancy J. Linck, Ph.D.
Sharon E. Crane, Ph.D.
Lisa N. Phillips
Steven P. Weihrouch
Robert P. Parker
Jenny L. Colgate

G. Franklin Rothwell
(1928-2011)

Leo M. Loughlin
Monica Chin Kitts
Michael V. Battaglia
Seth E. Cockrum, Ph.D.
Derek F. Dahlgren
Michael H. Jones
Jennifer P. Nock
Rachel M. Echols
Brett A. Postal
Chen Li
Jennifer B. Maisel
Soumya P. Panda
Jason M. Nolan, Ph.D.
Aydin H. Harston, Ph.D.
Daniel R. McCallum
Abdul Q. Basit
Thomas C. Chen
Peter J. Park*
Longhao Wang*
Mark T. Rawls*
Sarah M. Cork, Ph.D.*
Nechama E. Potasnick*
Dennis Ostrovsky, Ph.D.*

*Not a member of the D.C.
Bar. Practice limited to patent,
trademark and copyright
matters and cases in federal
courts.

Of Counsel
William N. Hughet
Mary Frances Love

July 6, 2015

Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

      Re:   *Braintree Laboratories, Inc. v. Breckenridge Pharmaceutical, Inc.*
              Case No.: 12-cv-6851-AJN

Dear Judge Nathan:

    I represent Defendant Breckenridge Pharmaceutical, Inc. ("Breckenridge") in this action. As set forth in the Order of this Court, dated June 23, 2015 (D.I. 80), Breckenridge's Motion for Summary Judgment of Noninfringement was refiled today. In accordance with Your Honor's Individual Rule 3.E., we respectfully request oral argument on the motion.

    We appreciate the Court's consideration of this request.

                                      Respectfully submitted,

                                      Steven Lieberman /JPN

                                      Steven Lieberman

cc:    All counsel of record

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2015, a true and correct copy of the foregoing **LETTER FROM STEVEN LIEBERMAN TO JUDGE NATHAN** was filed through the Court's Electronic Filing System (ECF), and was served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Erik van Leeuwen*
Erik van Leeuwen
Litigation Operations Manager
Rothwell, Figg, Ernst & Manbeck, P.C.