WILMERHALE

July 20, 2015

John J. Regan

+1 617 526 6120 (t)
+1 617 526 5000 (f)
john.regan@wilmerhale.com

Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 906
New York, New York 10007

      Re:  *Braintree Laboratories, Inc. v. Breckenridge Pharmaceutical, Inc.*, Civil Action No. 12-cv-6851-AJN  [rel. 14-cv-8147-AJN]

Dear Judge Nathan:

This firm represents Plaintiff Braintree Laboratories, Inc. ("Braintree") in the above-referenced matter.  Braintree respectfully submits this letter, together with its Opposition to Defendant Breckenridge Pharmaceutical, Inc.'s ("Breckenridge") motion for summary judgment, in response to Breckenridge's July 6, 2015 letter to the Court.

Braintree also respectfully requests oral argument on Breckenridge's motion.  If the Court grants oral argument, we would like to advise the Court regarding the upcoming availability of lead counsel for Braintree.  Lead counsel for Braintree will be on vacation from August 17 to 21 and will be out of the country from September 8 to 20.  We would appreciate the Court's consideration of these dates.

Respectfully submitted,


  /s/ John J. Regan   

John J. Regan

Cc: All counsel of record (via email)