

# ROTHWELL FIGG
IP Professionals

607 14th Street, N.W.
Suite 800
Washington, DC 20005

Telephone (202) 783-6040
Facsimile  (202) 783-6031
www.rfem.com
info@rfem.com

E. Anthony Figg
George R. Repper
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Richard Wydeven
Sharon L. Davis
Robert B. Murray
Jeffrey L. Ihnen
Brian S. Rosenbloom
Jason M. Shapiro
Brian A. Tollefson
C. Nichole Gifford
R. Elizabeth Brenner-Leifer
Nancy J. Linck, Ph.D.
Sharon E. Crane, Ph.D.
Lisa N. Phillips
Steven P. Weihrouch
Robert P. Parker
Jenny L. Colgate

G. Franklin Rothwell
(1928-2011)

Leo M. Loughlin
Monica Chin Kitts
Michael V. Battaglia
Seth E. Cockrum, Ph.D.
Derek F. Dahlgren
Michael H. Jones
Jennifer P. Nock
Rachel M. Echols
Brett A. Postal
Chen Li
Jennifer B. Maisel
Soumya P. Panda
Jason M. Nolan, Ph.D.
Aydin H. Harston, Ph.D.
Daniel R. McCallum
Abdul Q. Basit
Peter J. Park*
Longhao Wang*
Mark T. Rawls*
Sarah M. Cork, Ph.D.*
Nechama E. Potasnick*
Dennis Ostrovsky, Ph.D.*

*Not a member of the D.C. Bar. Practice limited to patent, trademark and copyright matters and cases in federal courts.

Of Counsel
Harry F. Manbeck, Jr.
William N. Hughet
Mary Frances Love

July 27, 2015

Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 906
New York, New York 10007

Re: *Braintree Laboratories, Inc. v. Breckenridge Pharmaceutical, Inc.*, Civil Action No.12-cv-6851-AJN [rel. 14-cv-8147-AJN]

Dear Judge Nathan:

This firm represents Defendant Breckenridge Pharmaceutical, Inc.'s ("Breckenridge") in the above-referenced matter. Braintree respectfully submits this letter, together with its Reply brief in support of its motion for summary judgment, in response to Plaintiff Braintree Laboratories, Inc.'s ("Braintree") letter to the Court dated July 20, 2015.

Braintree, like Breckenridge, requested oral argument on Breckenridge's motion and has advised the Court of the upcoming availability of lead counsel for Braintree. In the event the Court grants oral argument, Breckenridge also would like to advise the Court of its upcoming availability. Lead counsel for Breckenridge is unavailable on August 4, 6, 13 - 14, 17; August 21 - September 4; September 14 – 15, 22 – 23 and 28 - 29. We would appreciate the Court's consideration of these dates.

Respectfully submitted,

Steven Lieberman

cc: All counsel of record

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2015, a true and correct copy of the foregoing **LETTER FROM STEVEN LIEBERMAN TO JUDGE NATHAN** was filed through the Court's Electronic Filing System (ECF), and was served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Nasri V. B. Hage*
Nasri V. B. Hage
Rothwell, Figg, Ernst & Manbeck, P.C.