

**ROTHWELL FIGG**
IP Professionals

607 14th Street, N.W.
Suite 800
Washington, DC 20005

Telephone (202) 783-6040
Facsimile  (202) 783-6031
www.rfem.com
info@rfem.com

E. Anthony Figg
George R. Repper
Steven Lieberman
Joseph A. Hynds
Martin M. Zoltick
R. Danny Huntington
Joo Mee Kim
Richard Wydeven
Sharon L. Davis
Robert B. Murray
Jeffrey L. Ihnen
Brian S. Rosenbloom
Jason M. Shapiro
Brian A. Tollefson
C. Nichole Gifford
R. Elizabeth Brenner-Leifer
Nancy J. Linck, Ph.D.
Sharon E. Crane, Ph.D.
Lisa N. Phillips
Steven P. Weihrouch
Robert P. Parker

G. Franklin Rothwell
(1928-2011)

Jenny L. Colgate
Leo M. Loughlin
Monica Chin Kitts
Michael V. Battaglia
Seth E. Cockrum, Ph.D.
Derek F. Dahlgren
Michael H. Jones
Jennifer P. Nock
Rachel M. Echols
Brett A. Postal
Chen Li
Jennifer B. Maisel
Soumya P. Panda
Jason M. Nolan, Ph.D.
Aydin H. Harston, Ph.D.
Daniel R. McCallum
Longhao Wang*
Mark T. Rawls*
Sarah M. Cork, Ph.D.*
Nechama E. Potasnick*
Dennis Ostrovsky, Ph.D.*

*Not a member of the D.C. Bar. Practice limited to patent, trademark and copyright matters and cases in federal courts.

Of Counsel
Harry F. Manbeck, Jr.
William N. Hughet
Mary Frances Love

September 28, 2015

Honorable Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 906
New York, New York 10007

Re:  *Braintree Laboratories, Inc. v. Breckenridge Pharmaceutical, Inc.*
     Case No.: 12-cv-6851-AJN

Dear Judge Nathan:

I represent Defendant Breckenridge Pharmaceutical, Inc. ("Breckenridge") in this action. In accordance with the Order of this Court dated June 23, 2015 (D.I. 80), Breckenridge filed a Motion for Summary Judgment of Noninfringement on July 6, 2015 (D.I. 84-87). The motion was fully briefed as of July 27, 2015. As required by Your Honor's Individual Rule 3.H., Breckenridge respectfully submits this letter to alert the Court that it has been sixty days since its motion for summary judgment was fully briefed and the Court has not yet scheduled argument on, or decided, the motion. As stated in Breckenridge's letter to the Court dated July 6, 2015 (D.I. 88), Breckenridge requests oral argument on the motion.

We appreciate the Court's consideration.

Respectfully submitted,

Steven Lieberman

cc: All counsel of record

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2015, a true and correct copy of the foregoing **LETTER FROM STEVEN LIEBERMAN TO JUDGE NATHAN** was filed through the Court's Electronic Filing System (ECF), and was served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Erik van Leeuwen*
Erik van Leeuwen
Litigation Operations Coordinator
Rothwell, Figg, Ernst & Manbeck, P.C.