UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 2 8 2016
```

Braintree Laboratories, Inc.,

    Plaintiff,

–v–

Breckenridge Pharmaceutical, Inc.,

    Defendant.

12-CV-6851 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received an email from Defendant, pursuant to Rules 1.B and 4.A of the Court's Individual Practices in Civil Cases, requesting redaction of certain material in Defendant's January 27, 2016 letter. Specifically, Defendant seeks to redact two sentences of confidential business information from the second paragraph of the letter.

    The Court has reviewed the proposed redactions. Given the limited scope of the redaction request and the confidential business information sought to be redacted, the Court grants Defendant's request. Defendant shall ECF file a redacted version of its January 27, 2016 letter and the Court will file under seal unredacted copies of the relevant pages along with the redaction request.

SO ORDERED.

Dated: January 28, 2016
       New York, New York

                                  ALISON J. NATHAN
                                  United States District Judge

1